No. 228. WILLINGHAM, WARDEN, ET AL. *v.* MORGAN. C. A. 10th Cir. Certiorari granted. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *Morton Hollander* for petitioners.

No. 528. NACIREMA OPERATING CO., INC., ET AL. *v.* JOHNSON ET AL.; and

No. 663. TRAYNOR ET AL., DEPUTY COMMISSIONERS *v.* JOHNSON ET AL. C. A. 4th Cir. Motion of respondent Avery in No. 528 to dispense with printing his brief in opposition granted. Certiorari granted. Cases are consolidated and one hour allotted for oral argument. *William A. Grimes* and *Randall C. Coleman* for Nacirema Operating Co., Inc., and *William B. Eley* for Liberty Mutual Insurance Co., petitioners in No. 528; and *Solicitor General Griswold, Assistant Attorney General Weisl,* and *John C. Eldridge* for petitioners in No. 663. *John J. O'Connor, Jr.,* and *Leroy W. Preston* for respondents Johnson et al., and *Ralph Rabinowitz* for respondent Avery, in No. 528. *Francis A. Scanlan, Edward D. Vickery, Scott H. Elder,* and *J. Stewart Harrison* for National Association of Stevedores et al., as *amici curiae,* in support of the petition in No. 528.

No. 442, Misc. DuVERNAY *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Case transferred to appellate docket and set for oral argument immediately following No. 403 [*ante,* p. 922]. *Benjamin Smith, Morton Stavis, Arthur Kinoy,* and *William M. Kunstler* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for the United States.